IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Johnson, Alvin

Printed:  4/8/08

Case Number:  07 B 17545
Judge:  Hollis, Pamela S
Filed:  9/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  February 25, 2008
Confirmed:  November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 21,000.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 309.57 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 423.46 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 377.11 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 324.90 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 166.00 | 0.00 |
| 8. | Professional Account Management | Unsecured | | No Claim Filed |
| 9. | Park Dansan | Unsecured | | No Claim Filed |
| 10. | Monterey Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,474.04 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Johnson, Alvin

Printed:  4/8/08

Case Number:  07 B 17545

Judge:  Hollis, Pamela S

Filed:  9/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

